HATTIE B. HORNER, ADMINISTRATRIX OF J. T. HORNER, v. THE HOME
INSURANCE COMPANY OF NEW YORK.

(Filed 16 April, 1924.)

APPEAL by defendant from *Sinclair, J.,* at October Term, 1923, of
CUMBERLAND.

Civil action tried upon the following issues:

"1. Was the Grant automobile described in defendant's policy No.
Au-1128 stolen during the currency of said policy, as alleged in the
complaint? A. Yes.

"2. Was plaintiff's intestate the owner of the Grant automobile de-
scribed in the complaint at the time it disappeared from his garage?
A. Yes.

"3. Is the car now in the possession of J. A. McGougan, Raeford,
N. C., the same car as the one referred to in the complaint? A. Yes.

"4. What sum, if any, is the plaintiff entitled to recover of the de-
fendant on said policy on account of said car having been stolen? A.
$1,000 with interest from May, 1922, until paid."

Judgment on the verdict for plaintiff. Defendant appeals.

*W. C. Downing and Nimocks & Nimocks for plaintiff.*
*Cook & Cook and S. C. McPhail for defendant.*

PER CURIAM. Several serious exceptions are entered on the record,
but a careful perusal of the whole case confirms us in the belief that
no violence has been done to any legal principle in the trial of the
cause. Hence the judgment will be upheld. The appeal presents no
new or novel point of law which would seem to warrant an extended
discussion, or which we apprehend would be helpful or beneficial to the
profession. We have discovered no legal or reversible error on the part
of the trial court.